UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| John Crosson-Hill, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:20-cv-00503 |
| ) | |
| v. ) | |
| ) | Judge Walter H. Rice |
| Titan Consulting Group, LLC, Lakeview ) | |
| Law Group of Sonny S. Shalom, PLLC, ) | |
| and Sonny S. Shalom, PLLC, ) | ORDER GRANTING DEFENDANTS' |
| ) | UNOPPOSED MOTION TO EXTEND |
| Defendants. ) | TIME TO MOVE, ANSWER OR |
| ) | OTHERWISE RESPOND TO |
| ) | PLAINTIFF'S COMPLAINT |
| ) | |

Defendants Titan Consulting Group, LLC, Lakeview Law Group of Sonny S. Shalom, PLLC, and Sonny S. Shalom, PLLC's Motion to Extend Time to Move, Answer or Otherwise Respond to Plaintiff's Complaint is GRANTED. Defendants' deadline is now February 1, 2021.

IT IS SO ORDERED.

1-19-21
Date

Walter H. Rice
United States District Judge